# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

PAMELA R. RICKARD,

          **Plaintiff,**

vs.

FARMERS INSURANCE EXCHANGE,

          **Defendant.**

Case No. 2:21-cv-2495-JWB-KGG

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Pamela R. Rickard and Defendant Farmers Insurance Exchange hereby stipulate to the dismissal of the above-captioned case in its entirely, with prejudice, and with each party bearing its own costs, expenses, and attorneys' fees.

SCHUMAKER CENTER FOR EMPLOYMENT LAW, P.C.

By: */s/ Larry M. Schumaker*
     Larry M. Schumaker    D. Kan. #70450

10401 Holmes Road, Suite 480
Kansas City, Missouri 64131
Telephone:  816.941.9994
Facsimile:   816.941.8244
E-mail:      lms@schumakercenter.com

ATTORNEY FOR PLAINTIFF

FISHER & PHILLIPS LLP

By: */s/ James R. Holland*
     James R. Holland    KS Bar #17796
     Lydia Middleton     D. Kan #78929

- 2 -

        4900 Main Street, Suite 650
        Kansas City, MO 64112
        Phone:  816.842.8770
        Email: jholland@fisherphillips.com
        Email: lmiddleton@fisherphillips.com

        ATTORNEYS FOR DEFENDANT